BEVAN J. MAXEY
MAXEY LAW OFFICE PLLC
Attorneys for Defendant
1835 W. Broadway
Spokane, WA 99201
(509) 326-0338
(509) 325-4490 facsimile

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | NO. 2:21-CR-0031-TOR |
| | ) | |
| - vs - | ) | COVERSHEET - |
| | ) | LETTERS ON BEHALF OF |
| RICHARD D. WRIGHT, JR, | ) | DEFENDANT |
| Defendant. | ) | |

# CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following, and/or I hereby certify that I have mailed by United States Postal Service the documents to the following non-CM/ECF participant(s):

David Herzog
Assistant United States Attorney
920 W. Riverside, # 340
Spokane, WA 99201

/s/ Alexa Actor-McCully
Maxey Law Offices, PLLC
West 1835 Broadway
Spokane, WA 99201
(509)326-0338

LETTERS ON BEHALF OF DEFENDANT - 2

Maxey Law Offices, PLLC
1835 W. Broadway Ave.
Spokane, Washington 99201
(509) 326-0338

# Campbell Rentals LLC
## 3105 E. Boone
## Spokane, WA. 99202
## 536-1818

May 4, 2022

To Whom It May Concern:

Reference: Richard Wright Jr.

Richard Wright Jr. has worked for Camco Construction, Inc. and Campbell Rentals, LLC since September of 2003 and is still a full time valued employee. My wife and I own Campbell Rentals, LLC and we have recently sold Camco to our daughter and son-in-law, Leif and Amelia Challender. Both companies are managed out of the same facility and have been since 1976.

Richard Wright Jr. worked for Camco Construction, Inc. prior to 2003 with his father, Richard Wright Sr. as a subcontractor. He also worked for Camco Construction, Inc. for a brief time in April of 1999.

During the entire duration of knowing Richard Wright Jr. I have found him to be honest dependable and forthright. He has handled many situations with hundreds of clients for our company over the years, which require all of the above qualities. We have never had any complaints against him for any reason either personally or through either company. He has not wavered in his commitment to his job since being arrested and has maintained the qualities and behavior listed above, as well as complying with all the stipulations since his arrest.

We will continue to employ Rick, and feel he will maintain his current behavior. We believe he can continue to be a productive and dependable person if allowed to remain in our employ. We ask for the opportunity to continue his employment with whatever restrictions may be implemented.

Thank you for your consideration,

Respectfully,

Lee Campbell
Manager

Anna Campbell

April 29, 2022

Honorable Thomas O. Rice
United States District Court
Eastern District of Washington
920 W. Riverside
Spokane, WA 99201

Re:   Richard D. Wright

Your Honor,

We are Rick's parents and are submitting this document for review and consideration. Thank you in advance for doing so. We are aware of the issues and subsequent charges made against Rick. We do not condone Rick's actions and may not have all of the details of the case against Rick. We know enough to know that what he did was wrong. We also know that he admitted what he had done and surrendered his computer, phone and himself. Regardless of his anonymous status and lack of interacting with any individual, what he did was not acceptable. We believe that and more importantly, so does Rick.

Rick has fully cooperated with law enforcement since the beginning of this case. Rick has complied with every direction and request made. He took the equity out of his house to pay for his defense. During this process, Rick has maintained his employment and the full support of his employer who counts on Rick's knowledge and expertise to successfully maintain multiple rental properties in the Spokane area. He attests to Rick's dependability, trustworthiness and follow through and will continue to employ Rick.

Rick has always been a contributing member of this community. He isn't a person who has repeatedly been arrested and jailed. Again, we are not saying that what he did was legal or appropriate. Rick is not a safety threat to the community. We do not believe that anything be gained from a lengthy incarceration. We are asking for leniency on behalf of our son. We are hoping that alternatives are available that would serve to punish his behavior and recognize that he can be given the opportunity to continue to contribute to the community within whatever constraints and rules are applied.

Rick continues to have the support of family and friends. Again, thank you for your review. It is sincerely appreciated.

Sincerely,

*Barb Wright*
Dick and Barb Wright

DocuSigned by:
*Rick Rawlings  Donna Rawlings*  5/9/2022
Rick and Donna Rawlings