# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>RICHARD DALE WRIGHT,<br><br>　　　　　　　　Defendant. | Case No. 2:21-CR-0031-TOR<br><br>CRIMINAL MINUTES<br><br>DATE: 5/18/2022<br><br>LOCATION: Spokane<br><br>SENTENCING HEARING |

| JUDGE THOMAS O. RICE | | | |
|---|---|---|---|
| Bridgette Fortenberry | N/A | N/A | Crystal Hicks |
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| David M. Herzog | | Bevan J. Maxey | |
| **Plaintiff's Counsel** | | **Defendant's Counsel** | |

[ X ] **Open Court**　　　　　　　　　　[ X ] **US Probation Officer:** C. Valencia *by phone*

Defendant present in custody and assisted by counsel.

Mr. Herzog addressed the Court and provided a sentencing recommendation on behalf of the Government.

The Court addressed the government's objection to the PSIR.
　　Ruling: Sustained.

The Court and Mr. Herzog discussed restitution and confirmed the government is not seeking restitution.

The Court and Mr. Herzog discussed the basis for the downward variance to 60 months.

The Court accepted the Rule 11 plea agreement and varied downward from the applicable guideline sentencing range.

Mr. Maxey addressed the Court and confirmed review of the PSIR with Defendant, and made a sentencing recommendation of behalf of Defendant.

The Court advised the parties of the applicable guideline calculations.

Defendant addressed the Court on his own behalf.

Page  2                *USA v. Wright*              2:21-CR-0031-TOR              Sentencing Hearing

The Court addressed Defendant and imposed sentence as follows:

**Incarceration:**  60 years
**Supervised Release:** Life
**Fine**:   Waived due to inability to pay
**Special Penalty Assessment**:   $100.00
**JVTA Assessment**: N/A
**AVVA Assessment**: N/A

The Court will make the following recommend(s):
    BOP placement at FCI Englewood

Count 2 of the Indictment dismissed upon motion of the government.

Appeal rights waived in plea agreement.

Defendant remanded to USMS custody to begin imposition of sentence.

| CONVENED:  10:07 AM | ADJOURNED:  10:25 AM | TIME: 18 MINS | [X ] JUDGMENT TO FOLLOW |